

FILED

11/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0533

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0533

_____

NATIONAL INDEMNITY COMPANY,

Plaintiff and Appellant,

v.

STATE OF MONTANA,

Defendant, Appellee,
and Cross-Appellant,

and

TERRY JELLESED, RAYMOND ABRAHAMSON,
RANDALL BAETH, MARLISE BAILEY, DELMAS
BROOKS, SHIRLEY CHAPMAN, RUTH FORE,
JEFFERY GOVI, THOMAS JENKINS,
JAMES McNULTY, AND PHILLIP PEREZ,

Interveners.

_____

FILED

NOV 0 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Intervenors Jellestad, et al. have filed a motion for allocation of oral argument time pursuant to M. R. App. P. 17(8). Appellant National Indemnity Company and Appellee State of Montana oppose the motion.

IT IS ORDERED that Appellant's motion for allocation of oral argument time is DENIED.

DATED this 4ᵗʰ day of November, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices